IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 23 2019
Clerk, US District Court
District of Montana - Billings

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CRYSTALYNN ROSE SHOULDERBLADE,

    Defendant.

CR-14-121-BLG-SPW

ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

On August 22, 2019, Ms. Shoulderblade filed an unopposed motion for early termination of supervised release. (Doc. 97.) Upon Ms. Shoulderblade's motion, and for good cause appearing,

IT IS HEREBY ORDERED Ms. Shoulderblade's motion is GRANTED.

Her supervised release is terminated as of the date of this Order.

The Clerk of Court shall notify counsel of this Order.

DATED this 22nd day of August 2019.

SUSAN P. WATTERS
United States District Judge

1